# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan Corbett<br>*Plaintiff*<br><br>v.<br><br>Andrew M. Cuomo, *in his official capacity as Governor of the State of New York*,<br>*Defendant* | Case No. 20-CV-4864<br><br>**MOTION FOR LEAVE TO FILE ELECTRONICALLY WITH INCORPORATED DECLARATION** |

Out-of-state attorney Jonathan Corbett, appearing in this action *pro se*, moves the Court for leave to file electronically and states as follows:

1. Plaintiff is a licensed attorney admitted to the bars of, *inter alia*, the California Supreme Court, the U.S. District Court for the Central District of California, and the U.S. Court of Appeals for the Second and Ninth Circuits.

2. Out-of-state attorneys appearing *pro se*, rather than *pro hac vice*, are not automatically granted ECF filing privileges in this district, and Plaintiff is exempt from ECF filing absent the granting of this motion.

3. Plaintiff possesses all required technical equipment to utilize the ECF system.

4. Plaintiff possesses all required technical expertise to utilize the ECF system, and has undergone ECF training in the Southern District of Florida approximately 10 years ago.

5. Plaintiff has previously been granted leave to file electronically by several U.S. District Courts, including this one, and has successfully filed documents with no issues. <u>See</u> *Corbett. v. City of New York*, 18-CV-7022 (S.D.N.Y., 2018).

6. Plaintiff has reviewed this Court's policies regarding electronic filing and agrees to comply with them.

7. Plaintiff has reviewed the Federal Rules of Civil Procedure, Local Rules, and relevant Individual Rules and Practices, and Plaintiff, having filed no less than nine cases in United States District Court, understands and is familiar with their requirements.

8. Plaintiff understands that should counsel appear on his behalf, this leave is automatically rescinded.

9. Based on the above, it is in the interest of all parties and this Court that the Plaintiff be granted leave to file electronically via the ECF system.

Dated: New York, NY

June 25th, 2020

Respectfully submitted,

_____/s/_____
Jonathan Corbett, Esq.
Plaintiff (attorney proceeding *pro se*)
CA Bar #325608
958 N. Western Ave. #765
Hollywood, CA 90029
E-mail: jon@corbettrights.com
Phone: (310) 684-3870
FAX:   (310) 684-3870

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Jonathan Corbett<br>*Plaintiff*<br><br>v.<br><br>Andrew M. Cuomo, *in his official capacity as Governor of the State of New York*,<br>*Defendant* | Case No. 20-CV-4864<br><br>**MOTION FOR LEAVE TO FILE ELECTRONICALLY WITH INCORPORATED DECLARATION** |

I, Jonathan Corbett, declare under penalty of perjury that on June 25th, 2020, I have served a copy of the Plaintiff's <u>Motion for Leave to File Electronically</u> upon Defendant Andrew M. Cuomo, by inserting a copy of the same into a USPS Priority Mail Express envelope, postage-paid, addressed to:

Office of the Attorney General<br>
Managing Attorney's Office/Personal Service<br>
28 Liberty St.<br>
New York, NY 10005

…and depositing the envelope into a USPS mailbox.


Dated: New York, NY

      June 25th, 2020

Respectfully submitted,

_____/s/_____
Jonathan Corbett, Esq.
Plaintiff (attorney proceeding *pro se*)
CA Bar #325608
958 N. Western Ave. #765
Hollywood, CA 90029
E-mail: jon@corbettrights.com
Phone: (310) 684-3870
FAX:   (310) 684-3870