IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan Corbett<br>*Plaintiff*<br><br>v.<br><br>Andrew M. Cuomo, *in his official capacity as Governor of the State of New York,*<br>*Defendant* | Case No. 20-CV-4864<br><br>**STATUS REPORT** |

As *ex parte* motions are disfavored by courts (and Plaintiff), Plaintiff, an attorney proceeding *pro se*, has completed a good faith effort to ensure that the opposing party has been notified of the pendency of the motion for an emergency TRO at D.E. #2. Accordingly, Plaintiff reports to the Court that he has:

1. E-mailed a copy of the complaint and motion to an attorney at the N.Y. Attorney General's office who appears to handle other recent cases against the Governor – James Thompson, james.thompson@ag.ny.gov. The e-mail appears to have been successfully delivered.
2. Faxed a copy of the complaint and motion to the same office at (212) 416-6075. A fax confirmation was generated indicating completion of the transmission.
3. Sent a copy of the complaint and motion via USPS overnight mail to the same office at 28 Liberty St., New York, NY 10005.

Dated: New York, NY

June 25th, 2020

Respectfully submitted,

_____/s/_____
Jonathan Corbett, Esq.
Plaintiff (attorney proceeding *pro se*)
CA Bar #325608
958 N. Western Ave. #765
Hollywood, CA 90029
E-mail: jon@corbettrights.com

Phone: (310) 684-3870
FAX:   (310) 684-3870