UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN CORBETT,

                Plaintiff,

-against-

ANDREW M. CUOMO, *in his official capacity as Governor of the State of New York*,

                Defendant.

20 Civ. 4864 (LGS)

ORDER

LORNA G. SCHOFIELD, United States District Judge:

    WHEREAS, pro se Plaintiff filed an *ex parte* motion for emergency temporary restraining order ("Motion") on June 24, 2020;

    WHEREAS, pro se Plaintiff represents that he notified Defendant of the pendency of the motion by serving a copy of the Complaint and Motion by means of e-mail, fax and overnight mail to the New York Attorney General's Office (Dkt. No. 5);

    WHEREAS, Pro se Plaintiff has not appeared to pay a filing fee.  It is hereby

    **ORDERED** that pro se Plaintiff shall take all steps necessary to effect proper service as required by the Federal Rules of Civil Procedure and Rule 307 of the New York Civil Practice Law and Rules, or to notify Defendant of the action and request waiver of the service.  It is further

    **ORDERED** that Defendant (through counsel) shall telephonically appear before this Court -- at conference line 888-363-4749, access code 558-3333 -- on **July 2, 2020, at 2:00 p.m.**, to show cause why an order should not be issued, restraining Defendant Governor Andrew M. Cuomo and his agents from enforcing the quarantine order described in pro se Plaintiff's application and from issuing substantially similar orders, pursuant to Fed. R. Civ. P. Rule 65.  Pro se Plaintiff shall likewise appear at this conference.  It is further

**ORDERED** that Defendant shall file any opposition by **July 1, 2020**. It is further

**ORDERED** that pro se Plaintiff shall serve this Order on Defendant through the same methods by which he notified Defendant of the Complaint and Motion -- e-mail, fax and overnight mail to the New York Attorney General's Office -- as soon as possible, and Plaintiff shall file proof of service by **June 29, 2020**. Pro se Plaintiff shall also file a letter confirming whether he has paid the filing fee to commence an action, and if he has not, then he shall either pay the filing fee or submit an *in forma pauperis* application by **June 29, 2020**.

Chambers will email a copy of this Order to pro se Plaintiff at jon@corbettrights.com.

Dated:   June 26, 2020
         New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**