UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JONATHAN CORBETT,                                              :
                                                               :
                                            Plaintiff,         :     20-CV-04864 (LGS)(KNF)
                                                               :
                     - against -                               :     **NOTICE OF APPEARANCE**
                                                               :
ANDREW M. CUOMO, in his official capacity as                   :
Governor of the State of New York,                             :
                                                               :
                                            Defendant.         :
                                                               :
                                                               :
-----------------------------------------------------------X

      PLEASE TAKE NOTICE that Letitia James, Attorney General of the State of New York, by Matthew J. Lawson, Assistant Attorney General, shall appear as counsel of record for Defendant Andrew M. Cuomo in this action. Please serve all papers and direct all further correspondence and/or electronic notices to the undersigned. This appearance is without prejudice to Defendant's rights to assert any and all applicable defenses in this action.

Dated:  New York, New York
         June 26, 2020

                                            LETITIA JAMES
                                            Attorney General of the State of New York
                                            *Attorney for Defendant Andrew M. Cuomo*
                                            By:
                                                   /s/
                                            Matthew J. Lawson
                                            Assistant Attorney General
                                            28 Liberty Street
                                            New York, New York 10005
                                            Tel.:  (212) 416-8733
                                            matthew.lawson@ag.ny.gov