UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JONATHAN CORBETT,
                               Plaintiff,

                         20 Civ. 4864 (LGS)
         -against-

                              ORDER
ANDREW M. CUOMO, *in his official capacity
as Governor of the State of New York*,
                            Defendant,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on June 24, 2020, *pro se* Plaintiff filed an *ex parte* motion for emergency temporary restraining order, seeking to enjoin Defendant Governor Andrew M. Cuomo's Executive Order 205 (Dkt. No. 2);

      WHEREAS, per the Order dated June 26, 2020, Defendant filed an opposition on July 1, 2020, and on July 2, 2020, appeared, through counsel, to show cause why an order should not be issued pursuant to Fed. R. Civ. P. Rule 65 (Dkt. No. 6).  For the reasons stated at the show cause hearing, it is hereby

      **ORDERED** that Defendant's motion for emergency temporary restraining order is DENIED.

Dated: July 2, 2020
       New York, New York

                                                    LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE